**Opinion issued February 4, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00765-CV

————————————

## IN RE CALTON & ASSOCIATES, INC., WESTPARK WEALTH ADVISORS, INC., AND CHRISTOPHER D. GAMMON, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Calton & Associates, Inc., Westpark Wealth Advisors, Inc., and Christopher D. Gammon filed a petition for writ of mandamus asking this Court to order respondent, the Honorable Kyle Carter, to vacate his order compelling

discovery responses and to rule on their pending motion to compel arbitration.[1]

We deny the petition. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.

---

[1] The underlying case is *Ralph Auguillard, on behalf of his IRA, Reginald Bardin, on behalf of his IRA, Stephen Driscoll, on behalf of his IRA, Kathrine Driscoll, on behalf of her IRA, Van Russell, on behalf of his IRA, Jeffrey Rombs, on behalf of his IRA, Michael Rombs, on behalf of his IRA, and Ronnie Rombs, on behalf of his IRA*, cause number 2019-79102, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.